IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U.S. ex rel. SCHUMANN, et al. | : | CIVIL ACTION |
| v. | : | |
| ASTRAZENECA PLC, et al. | : | NO. 03-5423 |

**O R D E R**

AND NOW, this    30th    day of September, 2010, IT IS HEREBY ORDERED that:

1. The motion to dismiss the fourth amended complaint filed by E.I. du Pont de Nemours and Company, DuPont Pharmaceuticals Company, and Bristol-Meyers Squibb Company (Doc. 172) is GRANTED.

2. The motion to dismiss the fourth amended complaint filed by AstraZeneca Pharmaceuticals LP and AstraZeneca LP (Doc. 174) is DENIED.

3. A memorandum in support of this order shall follow.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.