IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U.S. ex rel. SCHUMANN, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ASTRAZENECA PLC, et al. | : | NO. 03-5423 |

**O R D E R**

AND NOW, this 29th day of March, 2012, IT IS HEREBY ORDERED that relator Karl Schumann's motion for reconsideration of my September 30, 2010 Order granting the BMS Defendants' (E.I. du Pont de Nemours and Company, DuPont Pharmaceuticals Company, and Bristol-Myers Squibb Company) motion to dismiss (Dkt. 216) is DENIED.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.