IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U.S. ex rel. SCHUMANN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ASTRAZENECA PLC, et al. | : | NO. 03-CV-5423 |

**O R D E R**

AND NOW, this  25th  day of January, 2013, IT IS HEREBY ORDERED that:

1. The motion to dismiss the fourth amended complaint under Rule 12(b)(1) filed by defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP (Doc. # 220) is GRANTED with prejudice.

2. Having dismissed all the federal claims against defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP, I decline to exercise supplemental jurisdiction over the state law claims.

BY THE COURT:

 /s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.