

*Phone:* (609) 750-2991
*Fax:* (609) 897-7442
*Email:* Harbist@BlankRome.com

February 21, 2013

<u>V<small>IA</small> ECF <small>AND</small> U. S. F<small>IRST</small> C<small>LASS</small> M<small>AIL</small></u>
Honorable J. William Ditter, Jr.
United States District Court
Eastern District of Pennsylvania
Office of the Clerk of Court
601 Market Street, Room 3040
Philadelphia, PA  19106-1725

   Re: <u>U.S. ex. rel., Schumann v. AstraZeneca, et al.</u>
     <u>Docket No. 03-5423</u>

Dear Judge Ditter:

  This firm represents Plaintiff/Relator Karl S. Schumann.  On February 21, 2013 the Court entered an Order in the above-captioned matter authorizing the Clerk to destroy the "four boxes of documents that have been collected" in this matter.  However, on February 20, 2013, Plaintiff/Relator Karl S. Schumann filed a Notice of Appeal which was docketed [240].  In light of the Appeal, we respectfully request that the Court's February 21, 2013 Order [241] authorizing the destruction of the underlying documents be rescinded.

  We appreciate the Court's consideration of this request.

           Respectfully submitted,

          *Nicholas C. Harbist* /smh

          NICHOLAS C. HARBIST

NCH/smh

cc: All Counsel *(via e-mail)*

301 Carnegie Center 3rd Floor Princeton, New Jersey 08540
*A Pennsylvania LLP Stephen M. Orlofsky, New Jersey Administrative Partner*
www.BlankRome.com

California • Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Texas • Washington, DC • Hong Kong

129893.00601/50476300v.1