UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 13-1489

UNITED STATES OF AMERICA, EX REL. KARL S. SCHUMANN,
AND ON BEHALF OF THE STATES OF CALIFORNIA,
DELAWARE, THE DISTRICT OF COLUMBIA, FLORIDA,
HAWAII, ILLINOIS, LOUISIANA, MASSACHUSETTS,
NEVADA, TENNESSEE, TEXAS AND VIRGINA;
KARL S. SCHUMANN

v.

ASTRAZENECA PHARMACEUTICALS L.P.; ASTRAZENECA LP;
BRISTOL- MYERS SQUIBB COMPANY; E.I. DUPONT DE NEMOURS & COMPANY;
DUPONT PHARMACEUTICALS COMPANY

Karl S. Schumann,
Appellant

(E.D. Pa. No. 2-03-cv-05423)

Present: **GREENAWAY, JR., VANASKIE** and **ROTH**, Circuit Judges

1) Motion by Appellant for Leave to File Joint Appendix Volume VIII Under Seal

Respectfully,
Clerk/eaf

_____ORDER_____
The foregoing motion is **GRANTED**.

By the Court,

/s/ Jane R. Roth
Circuit Judge

Dated: October 23, 2014
EAF/cc: All Counsel of Record